**15-25-00123-CV**

TRIAL COURT CASE NO. _____

§            IN THE DISTRICT COURT
§
§          _____ COUNTY, TEXAS
§
§
§           JUDICIAL DISTRICT

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
7/24/2025 8:14:56 AM
CHRISTOPHER A. PRINE
Clerk

## DISTRICT CLERK'S INFORMATION SHEET

THE FOLLOWING INFROMATION HAS BEEN COMPILED BY THE DISTRICT CLERKS OFFICE:

Date of order appealed: _____

Type of Order (Interlocutory or Final) _____

Date Motion for New Trial Filed: _____

Request for Findings of Fact and Conclusions of Law filed: _____

Date Notice of Appeal Filed: _____

Name of judge who entered judgment: _____

Name of court reporter: _____

      Address of court reporter: _____

Name of attorney on appeal: _____ SB#: _____

      Attorney Address: _____

      Attorney E-Mail Address: _____

      Attorney on appeal (check applicable box):

           ☐ appointed      ☐ retained      ☐ Pro Se

Name of Appellee's Attorney: _____ SB# _____

      Attorney Address: _____

      Attorney E-Mail Address: _____

**Send Information Sheet, Notice of Appeal and Motion for New Trial (if filed) to:**

Third Court of Appeals (E-Mail Copy in PDF format to: 3rdClerksAndReporters@txcourts.gov)

Court Reporter: _____E-Mail _____Hand Delivery _____Mail

On_____      By:_____(clerk's initials)

7/23/2025 12:20 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-24-002171
Selina Hamilton

CAUSE NO. D-1-GN-24-002171

| | | |
|---|---|---|
| **WHITTNEY FORD,** | § | **IN THE DISTRICT COURT** |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **TRAVIS COUNTY, TEXAS** |
| | § | |
| **KEN PAXTON, JAY HARTZELL,** | § | |
| **THE TEXAS OFFICE OF ATTORNEY** | § | |
| **GENERAL, and THE UNIVERSITY** | § | |
| **OF TEXAS AT AUSTIN,** | § | |
| *Defendants.* | § | **261ST JUDICIAL DISTRICT** |

## NOTICE OF ACCELERATED APPEAL

I, Plaintiff, Whittney Ford, give notice of intent to appeal the interlocutory order signed on July 17, 2025, in this case. Cause Number D-1-GN-24-002171; Whittney Ford v. The University of Texas at Austin, et al.

The Travis County 53rd District Court, the Honorable Maria Cantu Hexsel, presiding, granted pleas to the jurisdiction and rendered summary judgment in favor of Defendants The University of Texas at Austin, and the President of University of Texas at Austin Jim Davis, on July 17, 2025.

I, Whittney Ford will appeal the judgment to the 15th Court of Appeals, in Austin, Texas.

I am presumed indigent and may proceed without paying costs under Tex. R. App. P. Rule 20.1(b)(1), (2). I filed my pauper's oath on 4/5/2024 with Travis County District Clerk.

The appeal involves a mandamus action under the Texas Public Information Act brought against a Texas institution of higher education.

This is not a parental termination or child protection case.

This appeal is accelerated pursuant to Texas Rules of Appellate Procedure 28.1 and Texas Civil Practice and Remedies Code § 51.014(8).

## REQUEST OF COURT CLERK'S RECORD

In addition to those items mandatory under Texas Rules of Appellate Procedure 34.5a(1), I Whittney Ford request pursuant to TRAP 34.5b(1)(2) the following to be included in the clerks record: my 2nd Amended Original Petition, filed 11/25/2024, my Motion to Compel Discovery, filed 11/25/2024, my Opposition to Jay Hartzell's Plea to the Jurisdiction, filed 11/25/2024, my Opposition to the University of Texas at Austin's Plea to the Jurisdiction and Opposition of its

Motion for Summary Judgment, filed 11/25/2024, my amended motion to compel, filed 1/13/2025, my Motion to Strike Unsworn Declaration of Dr. Chandrasekhar Bhat, filed 4/30/2025, my Motion to Strike Unsworn Declaration of Rober Bonner-Davis, filed 4/30/2025, and my Opposition of UT Defendants Motion to Strike Plaintiffs May 29, 2025 Hearing Setting, filed 5/16/2025.

## REQUEST OF COURT RECORDER OR COURT REPORTER

I request a complete copy of the recording of the summary judgment hearing that was performed July 15, 2025, at 9:00 AM in the 53rd District Court Travis County with the Honorable Maria Cantu Hexsel, presiding.

Dated: July 23, 2025

Respectfully submitted,

By: /s/ Whittney Ford
        Whittney Ford
        Pro Se
        4151 Wellborn Road
        Apartment 1101A
        Bryan, Texas 77801
        wjacksonford@gmail.com
        979-264-4944

## Certificate of Service

In accordance with Rule 21 of Texas Rules of Civil Procedure, I, Whittney Ford certify that a copy of my NOTICE OF ACCELERATED APPEAL, was served on the following on July 23, 2025, via email, via EFILETEXAS.GOV at the email addresses indicated below:

RACHEL L. BEHRENDT
Texas Bar No. 24130871
Assistant Attorney General

ZACHARY L. RHINES
Texas Bar No. 24116957
Special Counsel

P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 475-4112
Facsimile: (512) 320-0667
Rachel.Behrendt@oag.texas.gov
Zachary.Rhines@oag.texas.gov

ATTORNEYS FOR UT DEFENDANTS

MARTIN COHICK
Texas Bar No. 24134042
Assistant Attorney General
Administrative Law Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Telephone: (512) 936-1317
Facsimile: (512) 320-0167
martin.cohick@oag.texas.gov

ATTORNEY FOR OAG

/s/ Whittney Ford

Whittney Ford

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 103486851
Filing Code Description: Notice of Appeal
Filing Description: NOTICE OF ACCELERATED APPEAL
Status as of 7/24/2025 7:52 AM CST

Associated Case Party: TEXAS ATTORNEY GENERAL'S OFFICE

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Zachary L.Rhines | | zachary.rhines@oag.texas.gov | 7/23/2025 12:20:45 PM | SENT |
| Rachel L. Behrendt | | Rachel.Behrendt@oag.texas.gov | 7/23/2025 12:20:45 PM | SENT |

Associated Case Party: KEN PAXTON ATTORNEY GENERAL OF TEXAS

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Paul Pruneda | | paul.pruneda@oag.texas.gov | 7/23/2025 12:20:45 PM | SENT |
| Martin Cohick | | martin.cohick@oag.texas.gov | 7/23/2025 12:20:45 PM | SENT |
| Canon ParkerHill | | canon.hill@oag.texas.gov | 7/23/2025 12:20:45 PM | SENT |
| Elizabeth Chipelo | | elizabeth.chipelo@oag.texas.gov | 7/23/2025 12:20:45 PM | ERROR |

Associated Case Party: JAY HARTZELL PRESIDENT OF THE UNIVERSITY OF TEXAS AT AUSTIN

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Rachel L. Behrendt | | Rachel.Behrendt@oag.texas.gov | 7/23/2025 12:20:45 PM | SENT |

Associated Case Party: WHITTNEY FORD

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Whitney Ford | | wjacksonford@gmail.com | 7/23/2025 12:20:45 PM | SENT |

Case Contacts

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 103486851
Filing Code Description: Notice of Appeal
Filing Description: NOTICE OF ACCELERATED APPEAL
Status as of 7/24/2025 7:52 AM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Ariana Ines | | ariana.ines@oag.texas.gov | 7/23/2025 12:20:45 PM | SENT |

07/17/2025 05:05:50 PM
Velva L. Price
District Clerk
Travis County
D-1-GN-24-002171

CAUSE NO. D-1-GN-24-002171

| | | |
|---|---|---|
| WHITTNEY FORD, | § | IN THE DISTRICT COURT |
| *Plaintiff*, | § | |
| | § | |
| v. | § | TRAVIS COUNTY, TEXAS |
| | § | |
| KEN PAXTON, JAY HARTZELL, | § | |
| THE TEXAS OFFICE OF ATTORNEY | § | |
| GENERAL, and THE UNIVERSITY | § | |
| OF TEXAS AT AUSTIN, | § | |
| *Defendants*. | § | 261ST JUDICIAL DISTRICT |

## ORDER GRANTING UT DEFENDANTS' SECOND AMENDED PLEA TO THE JURISDICTION AND MOTION FOR SUMMARY JUDGMENT

The Court has considered the First Amended Plea to the Jurisdiction and Motion for Summary Judgment filed by Defendants Jim Davis, in his official capacity as Interim President of the University of Texas at Austin, and the University of Texas at Austin ("UT Defendants"). The Court, having considered the pleadings and arguments of the parties, has determined that UT Defendants' Second Amended Plea to the Jurisdiction and Motion for Summary Judgment should be, and is, **GRANTED**.

**IT IS THEREFORE ORDERED** that UT Defendants' Second Amended Plea to the Jurisdiction and Motion for Summary Judgment is **GRANTED**, and that Plaintiff Whittney Ford's claims against Defendants Jim Davis, in his official capacity as Interim President of the University of Texas at Austin, and the University of Texas at Austin are **DISMISSED** with prejudice.

SIGNED on July 17, 2025.

_____
JUDGE PRESIDING